# United States District Court
## Violation Notice
(Rev. 1/2020)

#4580

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PM20 | E 2443611 | M. Stonefey | 194 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/11/2025 0235 | 36 CFR 4.22(b)(3) |

Place of Offense:
U.S. Route 209 mm 14

Offense Description: Factual Basis for Charge — HAZMAT ☐
failure to maintain control of vehicle

### DEFENDANT INFORMATION
Phone: ( ) AAS

| Last Name | First Name | M.I. |
|---|---|---|
| Abuga | Sammy | O |

Street Address: 3338 Texas Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Parkville | MD | 21234 | 09/06/1987 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| MD-102760083632 | | MD | AAS |

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female    Hair AAS    Eyes AAS    Height 507    Weight 174

VEHICLE    VIN: 1N4BL4DW4SN333142    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9GN0553 | MD | 2025 | Nissan Altima | | BLK |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

CVB SCAN 09/17/2025 14:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/11, 20 25 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania

see attached

_____
_____
_____

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025    _____
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/17/2025 14:57

UNITED STATES DISTRICT COURT VIOLATION NOTICE

CVB SCAN 09/17/2025 14:57

Location Code <u>PM20</u>
Citation Number – E2443611
NPS Case Number – NP25197728
Ranger Last Name – M. Stonefelt

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/11/2025 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania -

At approximately 0235 hours, I was dispatched to a motor vehicle accident involving two vehicles on U.S. Route 209 near mile marker 14 in Delaware Water Gap National Recreation Area. When I arrived on scene, I observed a black Nissan Altima displaying Maryland license plate 9GN0553 with front passenger side damage. I identified the driver of the vehicle as Sammy O. ABUGA by his Maryland driver's license. Both drivers involved stated ABUGA ran into the rear of the other vehicle. Dingman Township Ambulance informed me they observed ABUGA drinking what they believed to be a can of beer before I arrived on scene and then observed him throw it into the woods.

While speaking with ABUGA, I smelled the odor of alcoholic beverage on his breath and observed his eyes were bloodshot and glassy. When asked how much he had to drink, ABUGA stated, "From Maryland to here, none." Standardized field sobriety tests were performed. ABUGA exhibited 6 out of 6 clues on the horizontal gaze nystagmus, 7 out of 8 clues on the walk and turn, and 3 out of 4 clues on the one leg stand. ABUGA was then placed into custody for operating under the influence.

While the tow truck driver was loading ABUGA's vehicle onto the tow truck, he ran over a clear "Dwyer Workforce Development" water bottle with a blue cap and a blue straw containing an unidentified alcoholic beverage. ABUGA attempted to conceal the bottle by discarding it underneath his vehicle. ABUGA was then transported to the South Zone Ranger Station where he refused to submit to a BAC test.

I issued ABUGA a citation for 36 CFR 4.22(b)(3), failure to maintain control of motor vehicle.

The foregoing statement is based upon:
☒ My personal observation          ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025       _[signature]_
           Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_____
           Date (mm/dd/yyyy)        U.S. Magistrate Judge

# United States District Court
## Violation Notice (Rev. 1/2020)

#4580

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PM20 | E2443612 | M. Stonefelt | 194 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/11/2025 0235 | 36 CFR 4.22 (b)(1) |

**Place of Offense:** U.S. Route 209 mm 14

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Operating without due care

### DEFENDANT INFORMATION
Phone: AAS

| Last Name | First Name | M.I. |
|---|---|---|
| Abuga | Sammy | O |

**Street Address:** 3338 Texas Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Parkville | MD | 21234 | 09/06/1987 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| MD-10271608 3632 | | MD | AAS |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: AS   Eyes: AS   Height: 507   Weight: 174

**VEHICLE** VIN: 1N4BL4DW4SN333442

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9GN0553 | MD | 2025 | Nissan Altima | | BLK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

CVB SCAN 09/17/2025 14:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/11, 20 25 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania

See attached

~~PAS~~ (diagonal strikethrough across blank lines)

The foregoing statement is based upon:
- ☒ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025   Officer's Signature: _____
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/17/2025 14:57

UNITED STATES DISTRICT COURT VIOLATION NOTICE

CVB SCAN 09/17/2025 14:57

Location Code <u>PM20</u>
Citation Number – E2443612
NPS Case Number – NP25197728
Ranger Last Name – M. Stonefelt

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/11/2025 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania -

At approximately 0235 hours, I was dispatched to a motor vehicle accident involving two vehicles on U.S. Route 209 near mile marker 14 in Delaware Water Gap National Recreation Area. When I arrived on scene, I observed a black Nissan Altima displaying Maryland license plate 9GN0553 with front passenger side damage. I identified the driver of the vehicle as Sammy O. ABUGA by his Maryland driver's license. Both drivers involved stated ABUGA ran into the rear of the other vehicle. Dingman Township Ambulance informed me they observed ABUGA drinking what they believed to be a can of beer before I arrived on scene and then observed him throw it into the woods.

While speaking with ABUGA, I smelled the odor of alcoholic beverage on his breath and observed his eyes were bloodshot and glassy. When asked how much he had to drink, ABUGA stated, "From Maryland to here, none." Standardized field sobriety tests were performed. ABUGA exhibited 6 out of 6 clues on the horizontal gaze nystagmus, 7 out of 8 clues on the walk and turn, and 3 out of 4 clues on the one leg stand. ABUGA was then placed into custody for operating under the influence.

While the tow truck driver was loading ABUGA's vehicle onto the tow truck, he ran over a clear "Dwyer Workforce Development" water bottle with a blue cap and a blue straw containing an unidentified alcoholic beverage. ABUGA attempted to conceal the bottle by discarding it underneath his vehicle. ABUGA was then transported to the South Zone Ranger Station where he refused to submit to a BAC test.

I issued ABUGA a citation for 36 CFR 4.22(b)(1), operating without due care or at a speed greater than reasonable.

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

#4580

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PM20 | E.2443613 | M. Stonepelt | 194 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/11/2025 0235 | 36 CFR 4.23(a)(1) |

**Place of Offense**
U.S. Route 209 mm14

**Offense Description: Factual Basis for Charge** HAZMAT ☐
DUI alcohol/drugs rendering unsafe operation

### DEFENDANT INFORMATION
Phone: ( ) —AAS—

| Last Name | First Name | M.I. |
|---|---|---|
| Abuga | Sammy | O |

**Street Address:** 3338 Texas Ave.

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Parkville | MD | 21234 | 09/06/1987 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| MD-1027608.3632 | | MD | —AAS— |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: —   Eyes: AAS   Height: 507   Weight: 174

**VEHICLE**   VIN: 1N4BL4DW4SN333142

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9GND553 | MD | 2025 | Nissan Altima | | BLK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/11, 2025 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania

See attached

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025   _____
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

UNITED STATES DISTRICT COURT VIOLATION NOTICE

CVB SCAN 09/17/2025 14:57

Location Code PM20
Citation Number – E2443613
NPS Case Number – NP25197728
Ranger Last Name – M. Stonefelt

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/11/2025 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania –

At approximately 0235 hours, I was dispatched to a motor vehicle accident involving two vehicles on U.S. Route 209 near mile marker 14 in Delaware Water Gap National Recreation Area. When I arrived on scene, I observed a black Nissan Altima displaying Maryland license plate 9GN0553 with front passenger side damage. I identified the driver of the vehicle as Sammy O. ABUGA by his Maryland driver's license. Both drivers involved stated ABUGA ran into the rear of the other vehicle. Dingman Township Ambulance informed me they observed ABUGA drinking what they believed to be a can of beer before I arrived on scene and then observed him throw it into the woods.

While speaking with ABUGA, I smelled the odor of alcoholic beverage on his breath and observed his eyes were bloodshot and glassy. When asked how much he had to drink, ABUGA stated, "From Maryland to here, none." Standardized field sobriety tests were performed. ABUGA exhibited 6 out of 6 clues on the horizontal gaze nystagmus, 7 out of 8 clues on the walk and turn, and 3 out of 4 clues on the one leg stand. ABUGA was then placed into custody for operating under the influence.

While the tow truck driver was loading ABUGA's vehicle onto the tow truck, he ran over a clear "Dwyer Workforce Development" water bottle with a blue cap and a blue straw containing an unidentified alcoholic beverage. ABUGA attempted to conceal the bottle by discarding it underneath his vehicle. ABUGA was then transported to the South Zone Ranger Station where he refused to submit to a BAC test.

I issued ABUGA a citation for 36 CFR 4.23(a)(1), OUI alcohol/drugs rendering unsafe operation.

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

#4580

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PM20 | E2443614 | M. Stonefelt | 194 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/11/2025 0235 | 36 CFR 4.23(c)(2) |

Place of Offense: U.S. Route 209 mm14

HAZMAT ☐

Offense Description: Factual Basis for Charge:
refusal to submit to BAC tests

### DEFENDANT INFORMATION

Phone: AAS

| Last Name | First Name | M.I. |
|---|---|---|
| Abuga | Sammy | O |

Street Address: 3338 Texas Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Parkville | MD | 21234 | 09/06/1987 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| MD-10276083632 | | MD | AAS |

☒Adult ☐Juvenile  Sex ☒Male ☐Female  Hair: AAS  Eyes: AAS  Height: 507  Weight: 174

**VEHICLE** VIN: 1N4BL4DW4SN333142

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9N0553 | MD | 2025 | Nissan Altima | | BLK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ ___ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ___

Original - CVB Copy

CVB SCAN 09/17/2025 14:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/11, 2025 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania

see attached

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025    _____(signature)_____
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/17/2025 14:57

UNITED STATES DISTRICT COURT VIOLATION NOTICE

CVB SCAN 09/17/2025 14:57

Location Code <u>PM20</u>
Citation Number – E2443614
NPS Case Number – NP25197728
Ranger Last Name – M. Stonefelt

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/11/2025 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania –

At approximately 0235 hours, I was dispatched to a motor vehicle accident involving two vehicles on U.S. Route 209 near mile marker 14 in Delaware Water Gap National Recreation Area. When I arrived on scene, I observed a black Nissan Altima displaying Maryland license plate 9GN0553 with front passenger side damage. I identified the driver of the vehicle as Sammy O. ABUGA by his Maryland driver's license. Both drivers involved stated ABUGA ran into the rear of the other vehicle. Dingman Township Ambulance informed me they observed ABUGA drinking what they believed to be a can of beer before I arrived on scene and then observed him throw it into the woods.

While speaking with ABUGA, I smelled the odor of alcoholic beverage on his breath and observed his eyes were bloodshot and glassy. When asked how much he had to drink, ABUGA stated, "From Maryland to here, none." Standardized field sobriety tests were performed. ABUGA exhibited 6 out of 6 clues on the horizontal gaze nystagmus, 7 out of 8 clues on the walk and turn, and 3 out of 4 clues on the one leg stand. ABUGA was then placed into custody for operating under the influence.

While the tow truck driver was loading ABUGA's vehicle onto the tow truck, he ran over a clear "Dwyer Workforce Development" water bottle with a blue cap and a blue straw containing an unidentified alcoholic beverage. ABUGA attempted to conceal the bottle by discarding it underneath his vehicle. ABUGA was then transported to the South Zone Ranger Station where he refused to submit to a BAC test.

I issued ABUGA a citation for 36 CFR 4.23(c)(2), refusal to submit to BAC tests.

The foregoing statement is based upon:
☒ My personal observation    ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

#4580

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PM20 | E 2443615 | M. Stonefelt | 194 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/14/2025 0235 | 36 CFR 2.14 (a)(1) |

Place of Offense:
U.S. Route 209 mm 14

Offense Description: Factual Basis for Charge   HAZMAT ☐
littering

### DEFENDANT INFORMATION   Phone: ( AAS

| Last Name | First Name | M.I. |
|---|---|---|
| Abuga | Sammy | O |

Street Address: 3338 Texas Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Parkville | MD | 21234 | 09/06/1987 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| MD-102760083632 | | MD | AAS |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: AAS   Eyes: AAS   Height: 507   Weight: 174

### VEHICLE   VIN: 1N4BL4DW4SN333142   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9GN0553 | MD | 2025 | Nissan Altima | | BLK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

CVB SCAN 09/17/2025 14:57

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/11, 20 25 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania

See attached

_____

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/17/2025 14:57

UNITED STATES DISTRICT COURT
VIOLATION NOTICE

CVB SCAN 09/17/2025 14:57

Location Code <u>PM20</u>
Citation Number – E2443615
NPS Case Number – NP25197728
Ranger Last Name – M. Stonefelt

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/11/2025 while exercising my duties as a law enforcement officer in the Federal District of Pennsylvania –

At approximately 0235 hours, I was dispatched to a motor vehicle accident involving two vehicles on U.S. Route 209 near mile marker 14 in Delaware Water Gap National Recreation Area. When I arrived on scene, I observed a black Nissan Altima displaying Maryland license plate 9GN0553 with front passenger side damage. I identified the driver of the vehicle as Sammy O. ABUGA by his Maryland driver's license. Both drivers involved stated ABUGA ran into the rear of the other vehicle. Dingman Township Ambulance informed me they observed ABUGA drinking what they believed to be a can of beer before I arrived on scene and then observed him throw it into the woods.

While speaking with ABUGA, I smelled the odor of alcoholic beverage on his breath and observed his eyes were bloodshot and glassy. When asked how much he had to drink, ABUGA stated, "From Maryland to here, none." Standardized field sobriety tests were performed. ABUGA exhibited 6 out of 6 clues on the horizontal gaze nystagmus, 7 out of 8 clues on the walk and turn, and 3 out of 4 clues on the one leg stand. ABUGA was then placed into custody for operating under the influence.

While the tow truck driver was loading ABUGA's vehicle onto the tow truck, he ran over a clear "Dwyer Workforce Development" water bottle with a blue cap and a blue straw containing an unidentified alcoholic beverage. ABUGA attempted to conceal the bottle by discarding it underneath his vehicle. ABUGA was then transported to the South Zone Ranger Station where he refused to submit to a BAC test.

I issued ABUGA a citation for 36 CFR 2.14(a)(1), disposing of refuse in other than refuse receptacle (littering).

The foregoing statement is based upon:
☒ My personal observation       ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025          _[signature]_
              Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant. ✓

Executed on: _____
              Date (mm/dd/yyyy)        U.S. Magistrate Judge